# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

HIDDEN CREEK, L.P., CROSS      :    No. 962 MAL 2015
                  :
           Petitioner     :
                  :    Cross Petition for Allowance of Appeal
                  :    from the Order of the Commonwealth
          v.             :    Court
                  :
                  :
LOWER SALFORD TOWNSHIP     :
AUTHORITY,                  :
                  :
          Respondent    :

## ORDER

**PER CURIAM**

      **AND NOW**, this 23rd day of March, 2016, the Cross Petition for Allowance of Appeal is **DENIED**.